**No. 58049.**—The Hipage Company, Inc. *v.* United States, protests 173109–K and 176728–K (Norfolk).

Opinion by RAO, J.   It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw.   Upon the agreed statement of facts, the claim of the plaintiff was sustained.

**No. 58050.**—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 182852–K, etc. (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw.   Upon the agreed statement of facts, the claim of the plaintiffs was sustained.

**No. 58051.**—John V. Carr & Son, Inc. *v.* United States, protests 170374–K, 151529–K, and 144893–K (Detroit).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58052.**—Humphrey & MacGregor (Acrow, Inc.) *v.* United States, protest 173170–K (Tampa).